Joseph G. Adams (#018210)
David G. Barker (#024657)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona  85004-2202
Telephone: (602) 382-6000
Facsimile:  (602) 382-6070
Email: jgadams@swlaw.com
Email: dbarker@swlaw.com

Attorneys for Plaintiff
Great American Duck Races, Inc.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| Great American Duck Races, Inc., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F&W Trading LLC, a New Jersey limited liability company,<br><br>Defendants. | Case No.  CV-14-2268-PHX-SPL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Great American Duck Races, Inc. provides notice that it is dismissing this action *without prejudice*.  Defendant has not appeared in this action, and accordingly, no answer or motion for summary judgment has been served by the opposing party.  A proposed order is submitted herewith.

20915981

1  Dated this 28th day of January, 2015.

2                                      SNELL & WILMER L.L.P.

4                                      By: s/ Joseph G. Adams
5                                         Joseph G. Adams
                                          David G. Barker
6                                         One Arizona Center
7                                         400 E. Van Buren
                                          Phoenix, Arizona  85004-2202
8                                         Attorneys for Plaintiff
                                          Great American Duck Races, Inc.

- 2 -

20915981

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.


By  s/ Joseph G.Adams

- 3 -

20915981